IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Justin R. Mitchell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 4:25-cv-5288-BHH |
| v. | ) | |
| | ) | **ORDER** |
| Samuel H. Ervin, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon Plaintiff Justin R. Mitchell's ("Plaintiff") *pro se* complaint, which was filed on June 11, 2025, pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge for preliminary review in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2), D.S.C. On January 13, 2026, the Magistrate Judge issued an order directing Plaintiff to provide a status report within fourteen days indicating whether he intended to pursue this action. (ECF No. 34.) Plaintiff did not file a status report.

On February 12, 2026, the Magistrate Judge issued a report and recommendation ("Report"), outlining the issues and recommending that the Court dismiss this action without prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (ECF No. 39.) Attached to the Magistrate Judge's Report was a notice advising the parties of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court

is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).  In the absence of specific objections, the Court reviews the matter only for clear error.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections have been filed, the Court has reviewed the record, the applicable law, and the findings of the Magistrate Judge for clear error.  After review, the Court finds no clear error and agrees with the Magistrate Judge that it appears that Plaintiff has abandoned this action.  **Accordingly, the Court adopts the Magistrate Judge's Report (ECF No. 39) and dismisses this case without prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

March 19, 2026
Charleston, South Carolina

2